UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, and APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND; TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND; and THE CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK,

Petitioners,

v.

NOBLE CONTRACTORS INC.,

Respondent.

No. 26-CV-8077 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

This case has been assigned to me for all purposes. Petitioners have filed a petition to confirm an arbitration award.

It is hereby ordered that Petitioners shall file and serve any additional materials with which they intend to support their petition for confirming the arbitration award by October 2, 2026. Respondent's opposition is due on October 16, 2026. Petitioners' reply, if any, is due on October 23, 2026.

SO ORDERED.

Dated: September 18, 2026
New York, New York

Ronnie Abrams
United States District Judge